MOSCOW FIRE INSURANCE COMPANY et al., Respondents, *v.* BANK OF NEW YORK AND TRUST COMPANY, as Agent, et al., Respondents.

SAMUEL E. MORRO et al., Respondents, *v.* MOSCOW FIRE INSURANCE COMPANY et al., Respondents.

UNITED STATES OF AMERICA, Appellant.

Submitted September 25, 1939; decided November 14, 1939.

Motion to amend remittitur denied. (See 280 N. Y. 286.)